UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCUS ODOM, | 20-CV-0010 (JMF) |
| Movant, | 17-CR-0321 (JMF) |
| -against- | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

JESSE M. FURMAN, United States District Judge:

Movant Marcus Odom moves for an extension of time to file his reply based on the COVID-19 situation. *See* ECF No. 38. The motion is GRANTED, and Odom's deadline is hereby extended to **June 12, 2020**. **The Government is directed to mail a copy of this Order to Odom and to file proof of such service by April 17, 2020.**

The Clerk of Court is directed to terminated ECF No. 38.

SO ORDERED.

Dated: April 13, 2020
New York, New York

JESSE M. FURMAN
United States District Judge