UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCUS ODOM, <br><br>                         Movant, <br><br> -against- <br><br> UNITED STATES OF AMERICA, <br><br>                         Respondent. | 20-CV-0010 (JMF) <br><br> 17-CR-0321 (JMF) <br><br> ORDER |

JESSE M. FURMAN, United States District Judge:

      Movant Marcus Odom moves for another extension of time to file his reply based on the COVID-19 situation.  *See* ECF No. 38.  The motion is GRANTED, and Odom's deadline is hereby extended to **July 13, 2020**.  **The Government is directed to mail a copy of this Order to Odom and to file proof of such service by June 5, 2020.**

      The Clerk of Court is directed to terminated 17-CR-321, ECF No. 41 and 20-CV-10, ECF No. 11.

SO ORDERED.

Dated:   June 1, 2020
            New York, New York

                                                                JESSE M. FURMAN
                                                             United States District Judge