# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

October 5, 2020

*Via ECF*

Hon. Jesse M. Furman
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is
directed to terminate Doc. #53. SO ORDERED.

October 6, 2020

RE: *Odom v. United States*, 20 Cv. 10; 17 Cr. 321

Dear Judge Furman:

This office represents Marcus Odom in the above-captioned matter. I write, on consent, to request a 14-day adjournment of Mr. Odom's time to respond to the government's September 28 motion to "turn over" the $452.25 held in Mr. Odom's inmate trust account. ECF No. 49.

On September 29, 2020, I was appointed for all purposes, including to respond to the government's motion. While I have every expectation that Mr. Odom will oppose the government's motion, I have not been able to speak to him about it yet. The Bureau of Prisons unilaterally cancelled a call that was scheduled for this morning and my office is working to reschedule it. The court previously set a date of October 7 for Mr. Odom's response. ECF No. 52. In order to facilitate communication with Mr. Odom and research the government's position, I request an additional 14 days to respond, which would make the new deadline October 21, 2020.

This is the first request for an adjournment.

I have spoken to AUSA Justin Rodriguez and he advises that the government consents to the requested adjournment.

Thank you for your attention to this case.

Very truly yours,

Zachary Margulis-Ohnuma

Zachary Margulis-Ohnuma

CC: Justin Rodriguez (via ECF and email)