UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCUS ODOM, | 20-CV-0010 (JMF) |
| Movant, | |
| -against- | 17-CR-321 (JMF) |
| UNITED STATES OF AMERICA, | ORDER |
| Respondent. | |

JESSE M. FURMAN, United States District Judge:

By Order filed July 20, 2022, the Second Circuit vacated and remanded for further proceedings in light of *United States v. Taylor*, 142 S. Ct. 2015 (2022).  *See* 17-CR-321, ECF No. 61.  No later than **August 4, 2022**, counsel for the Government and Movant (Zachary Margulis-Ohnuma) shall confer and submit a joint letter proposing next steps, including but not limited to whether Movant should, with the aid of appointed counsel, file a consolidated amended motion; whether additional briefing is warranted; and if so, a proposed briefing schedule.

SO ORDERED.

Dated: July 25, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge