

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2023

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED. The Government should promptly contact the Court's AV Department (and, as needed, Ms. Smallman) to make the necessary arrangements. The Clerk of Court is directed to terminate Docket No. 75. SO ORDERED.
>
> January 5, 2023

Re: United States v. Marcus Odom, 17 Cr. 321 (JMF)

Dear Judge Furman:

The Government writes in advance of re-sentencing, which is scheduled for January 24, 2023, at 3:30 p.m.

The victim, whom the defendant shot and seriously injured during an attempted robbery, would like to address the Court during re-sentencing. The victim, however, has informed the Government that travelling from out of state to downtown Manhattan would be very taxing on his health. Accordingly, the victim asks that he permitted to appear by video. The Government respectfully submits that accommodating the victim would be consistent with his "right to be reasonably heard at any public proceeding in the district court involving … sentencing." 18 U.S.C. § 3771(a)(4). Counsel for Mr. Odom has no objection to this request.

If the Court grants the victim's request, the Government would be happy to assist with any necessary arrangements.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Justin V. Rodriguez
Assistant United States Attorney
(212) 637-2591

cc: Counsel of record (via ECF)