UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                              :

UNITED STATES OF AMERICA,               :

                                      :              17-CR-321 (JMF)

        -v-                              :

                                      :

MARCUS ODOM,                      :                ORDER

                                      :

                        Defendant.       :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court has received a request from defense counsel for a copy of the Statement of

Reasons filed in connection with the judgment pursuant to Title 18, United States Code, Section

3553(c)(2) and Title 28, United States Code, Section 994(w)(1)(B), presumably for use in

connection with the defendant's appeal.  The Court has, today, sent a copy of the Statement of

Reasons to defense counsel and counsel for the Government. The Statement of Reasons

otherwise remains under seal in accordance with law.

        SO ORDERED.

Dated:  June 27, 2023
       New York, New York                         _____
                                        JESSE M. FURMAN
                                   United States District Judge